```
                              FILED
                           May 16, 2012
                       CLERK, US DISTRICT COURT
                       EASTERN DISTRICT OF
                            CALIFORNIA
                           DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:12MJ00125-GGH-26
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JOSEPH MIRANTE, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSEPH MIRANTE__ , Case No. __2:12MJ00125-GGH-26__ , Charge __21 USC § 841(a)(1), 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 16, 2012__ at __2:00 pm__ .

By   /s/ Gregory G. Hollows
        Gregory G. Hollows
        United States Magistrate Judge

Copy 5 - Court