UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 16, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>JOSEPH MIRANTE,<br><br>  Defendant. | Case No. 2:12MJ00125-GGH-26<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSEPH MIRANTE__ , Case No. __2:12MJ00125-GGH-26__ , Charge __21 USC § 841(a)(1), 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　__　Release on Personal Recognizance

　　__　__　Bail Posted in the Sum of $_____

　　　　__　__　Unsecured Appearance Bond

　　　　__　__　Appearance Bond with 10% Deposit

　　　　__　__　Appearance Bond with Surety

　　　　__　__　Corporate Surety Bail Bond

　　　　__✔__　(Other)　__Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 16, 2012__ at __2:00 pm__ .

By　/s/ Gregory G. Hollows
　　Gregory G. Hollows
　　United States Magistrate Judge

Copy 5 - Court