SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannnon.com

Attorneys for Defendant
 JOSEPH MIRANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-0198 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOSEPH MIRANTE'S** |
| | ) | **WAIVER OF PERSONAL** |
| JOSEPH MIRANTE, | ) | **APPEARANCE** |
| Defendant. | ) | |

 The defendant, Joseph Mirante, hereby waives his right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of the jury, trial and imposition of sentence.

 Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

1

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161 - 3174 (Speedy Trial Act), and has authorized his attorney to set times and delays under the provisions of that Act without defendant being present.

DATE: 6/15/12       ___/s/_____
                    Scott A. Sugarman
                    Attorney for Joseph Mirante

DATE: 6/11/12       ____/s/_____
                    Joseph Mirante

   IT IS SO ORDERED.

Dated:  June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2