BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH MIRANTE,<br><br>　　　　　　Defendant. | CASE NO. 2:12-CR-198 MCE<br><br>MOTION AND ORDER TO DISMISS INDICTMENT AS TO JOSEPH MIRANTE |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against JOSEPH MIRANTE without prejudice in the interest of justice. I have spoken with Scott A. Sugarman, counsel for Mr. Mirante, and he stated that he has no objection to this request.

Dated: October 17, 2014　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　 /s/ MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　OLUSERE OLOWOYEYE
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

MOTION AND ORDER TO DISMISS
INDICTMENT AS TO JOSEPH MIRANTE

1

**FINDINGS AND ORDER**

The indictment in the above captioned case is DISMISSED against defendant JOSEPH MIRANTE without prejudice in the interest of justice. The United States' Motion to Dismiss (ECF No. 483) is GRANTED.

IT IS SO ORDERED.

Dated: October 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

INDICTMENT AS TO JOSEPH MIRANTE

2